# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of New York

Index Number: 17 CIV. 7088 AMD-RER

Date Filed: 12/7/2017

Plaintiff:
**Stephan Flemens and George Jones, on behalf of themselves and all other similarly situated, et al.**

vs.

Defendant:
**The Anthem Companies, Inc., et al.**

**State of New York, County of Albany)ss.:**

Received by THE SERVINATOR, INC. to be served on **The Anthem Companies, Inc.**.

I, James Boland, being duly sworn, depose and say that on the **14th day of December, 2017** at **3:35 pm**, I:

Served The Anthem Companies, Inc. by delivering two true copies of the **Summons in a Civil Action and Collective Action Complaint pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Nancy Dougherty as Business Document Specialist of The New York State Department of State, 99 Washington Avenue, Albany, NY, 12207, the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served:  Age: 59,  Sex: F,  Race/Skin Color: White,  Height: 5'4",  Weight: 150,  Hair: Brown, Glasses: Y

I am over the age of 18 and have no interest in the above action.

**James Boland**
Process Server

Subscribed and Sworn to before me on the 29th day of December, 2017 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28,

THE SERVINATOR, INC.
41 State Street
Suite M101
Albany, NY  12207
(518) 432-7378
Our Job Serial Number: 2017003126

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x