UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHAN FLEMENS and GEORGE JONES, on behalf of themselves and all others similarly situated, JOSE RODRIGUEZ, WAI YUN AU, MICHAEL WILLIAMS, and NORMAN FORBES, Individually,<br><br>       Plaintiffs,<br><br> - against -<br><br>THE ANTHEM COMPANIES, INC., THE ANTHEM COMPANIES INDIANA, AMERIGROUP NEW YORK, LLC, d/b/a AMERIGROUP, and AMERIGROUP IPA OF NEW YORK, LLC, d/b/a AMERIGROUP,<br><br>       Defendants. | Civil Action No.: 1:17-CV-07088-AMD-RER<br><br>**STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** |

  Plaintiffs Stephan Flemens and George Jones, on behalf of themselves and all others similarly situated, and Jose Rodriguez, Wai Yun Au, Michael Williams, and Norman Forbes, individually (collectively "Plaintiffs"), and The Anthem Companies, Inc., The Anthem Companies Indiana, Amerigroup New York, LLC, d/b/a Amerigroup, and Amerigroup IPA of New York, LLC, d/b/a Amerigroup (collectively "Defendants"), by and through their respective undersigned counsel, and pursuant to Rule II.C. of the Individual Practice Rules of Magistrate Judge Ramon E. Reyes, Jr., hereby submit this joint stipulation for an extension of time, until February 9, 2018, for Defendants to answer, move or otherwise respond to Plaintiffs' Collective Action Complaint (the "Complaint"). In support of this stipulation, the parties represent that:

  1. Defendants' responsive pleading deadline is currently January 10, 2018.

  2. This is Defendants' first request for an extension of time to respond to the Complaint.

  3. This extension is requested to allow Defendants to investigate and fully respond to the Complaint.

43605378v.1

4. On January 2, 2018, the parties conferred regarding this joint stipulation.

5. There are no status conferences or hearings scheduled that will be affected by this joint stipulation.

6. This joint stipulation is filed in good faith and not for the purpose of unwarranted delay.

WHEREFORE, the parties respectfully request that the Court issue an order granting Defendants until February 9, 2018 to answer, move or otherwise respond to Plaintiffs' Complaint.

DATED:  January 5, 2018

Respectfully submitted,

By: */s/ Saranicole A. Duaban*
Saranicole A. Duaban
SHULMAN KESSLER LLP
534 Broadhollow Rd., Ste. 275
Melville, NY 11747
(631) 499-9100
sduaban@shulmankessler.com

*Attorneys for Plaintiffs*

By: */s/ Brett C. Bartlett*_____

Brett C. Bartlett
bbartlett@seyfarth.com
Jeffrey L. Glaser (*Motion to Appear Pro Hac Vice Forthcoming*)
jglaser@seyfarth.com
Jade M. Gilstrap
jgilstrap@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree St. NW
Atlanta, GA 30309
(404) 885-1500

*Attorneys for Defendants*

IT IS SO ORDERED,

This ____ day of _____, 2018

_____
HON. RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

2