**SHULMAN KESSLER LLP**

October 29, 2018

<u>Via ECF</u>

Hon. Ramon E. Reyes, Jr., U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, NY 11201

      Re:    *Flemens, et al. v. The Anthem Companies, Inc., et al.*
               Case No.: 17 Civ. 07088 (**RER**)

Dear Judge Reyes:

      We represent Plaintiffs in the above referenced matter. We write together with Defendants to request an extension of time to file the settlement agreement.

      Your Honor's September 28, 2018 Order requires the parties to file their Settlement Agreement and Motion for Settlement Approval on or by October 29, 2018. *See* ECF No. 38. The Parties respectfully request that the deadline to file the settlement agreement be extended by two weeks to November 12, 2018. This is the Parties' first request of an extension of this deadline.

      Thank you for Your Honor's consideration of this matter.

                                            Respectfully submitted,

                                            /s/ Troy L. Kessler
                                            Troy L. Kessler

cc:    Jeffrey L. Glaser