SHULMAN KESSLER LLP

November 12, 2018

**Via ECF**

Hon. Ramon E. Reyes, Jr., U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, NY 11201

      **Re:**     *Flemens, et al. v. The Anthem Companies, Inc., et al.*
                 Case No.: 17 Civ. 07088 (RER)

Dear Judge Reyes:

      We represent Plaintiffs in the above referenced matter. We write together with Defendants to request a telephonic conference with Your Honor.

      While the parties previously advised Your Honor that they reached an agreement in principle to settle this matter (ECF No. 35), the parties have been unable to finalize the terms of the settlement agreement. The parties believe Your Honor's assistance in resolving the few issues inhibiting their ability to finalize the settlement terms could prove effective and worthwhile. As such, the parties respectfully request an *in camera* telephonic conference with Your Honor. The parties request that the conference be held telephonically, in part because Defendants' lead counsel is located in Atlanta, Georgia.

      Thank you for Your Honor's consideration of this matter.

                                               Respectfully submitted,

                                               /s/ Saranicole Duaban
                                               Saranicole Duaban

cc:     Jeffrey L. Glaser